UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES JOSEPH FAIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | NO. CV04-5761JET<br>CR01-5120-JET<br><br><br>ORDER |

　　　THIS MATTER comes on before the above-entitled Court upon Petitioner Fain's Motion for Common Law Writ of Error *Audita Querela*.

　　　Having considered the entirety of the records and file herein, the Court finds and rules as follows:

　　　Petitioner seeks re-sentencing by way of a Writ of *Audita Querela* based upon United States v. Booker, 125 S.Ct. 738 (January 12, 2005). The Petitioner's sentence became final prior to the

- 1

decision in Booker.

Booker does not apply retroactively to cases that became final prior to January 12, 2005. Guzman v. United States, 2005 WL 80324 (2d Cir. (N.Y.)). Accordingly, it is hereby

ORDERED that the Petitioner's Motion for Writ of Error *Audita Querela* is DISMISSED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 1st day of July, 2005.


/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2